IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>CARLOS J ARBONA GARCIA<br><br><br><br>xx-xx-2797<br><br><br>Debtor(s) | CASE NO. 19-07454-EAG11<br>Chapter 11<br><br><br><br><br><br><br>FILED & ENTERED ON NOV/30/2020 |
|---|---|

O R D E R

The court having considered the application of the debtor to employ realtor and declaration in support thereof, and it appearing that Mariano Rodriguez Flores is a disinterested person and that the employment of said realtor is in the best interest of this estate, it is hereby

ORDERED that the debtor herein is authorized to employ Mariano Rodriguez Flores as realtor, with compensation to be paid in such amounts as may be allowed by the Court upon proper application and notice thereof.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 30 day of November, 2020.

*Edward A. Godoy*
United States Bankruptcy Judge