# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## *Hearing Information:*

**Debtor**: CARLOS J ARBONA GARCIA
**Case Number**: 19-07454-EAG11  **Chapter:** 11
**Date / Time / Room**: 07/08/2021 01:30 pm
**Bankruptcy Judge**: EDWARD A. GODOY
**Courtroom Clerk**: TATIANA COLON
**Reporter / ECR**: JOSE ROMO

## *Matter:*

CHAPTER 11 DISCLOSURE STATEMENT (#47)
CHAPTER 11 AMENDED DISCLOSURE STATEMENT (#88)
OBJECTION TO DISCOUSRE STATEMENT BY TRIANGLE REO PR 2 CORPORATION [#104]

## *Appearances:*

MODESTO BIGAS MENDEZ- for the debtor
GABRIEL MIRANDA- for Triangle REO PR 2 Corporation

## *Minutes of Proceedings:*

### ORDER:

Based on this court's order entered on 02/18/2021 at docket #107, in which the court gave the parties time to file a stipulation and the parties having made clear that no stipulation will be reached, this case is dismissed.

**/s/EDWARD A. GODOY**
**U. S. Bankruptcy Judge**